■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE OJEDA, Appellant. — Judgment, Supreme Court, New York County (Hornblass, J., at trial and sentence; McQuillan, J., at suppression hearing) rendered on October 18, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Bloom, Fein, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE AUSTIN, Appellant. — Judgment, Supreme Court, Bronx County (Eggert, J.), rendered on April 3, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Bloom, Fein, Asch and Milonas, JJ.